DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
ALEJANDRO MATTHEW FRAGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO MATTHEW FRAGOSO ) <br> Defendant. ) <br> ) <br> _____ ) | No. 02:S-CR-189 WBS <br><br> APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER; WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> Date: December 20, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. SHUBB |

Comes now ALEJANDRO MATTHEW FRAGOSO, defendant, by and through his attorney, Dina L. Santos, who represents and shows:

That there is now detained in the Sacramento County Main Jail, Sacramento, California, in the custody of the Sheriff thereof, the defendant in the above-entitled case, whose case will be called for a supervised release Admit or Deny proceeding on 20th Day of December, 2006, at 9:00 a.m., and that it is necessary to have the defendant present in the Courtroom of the Honorable William B. Shubb, Senior United States District Judge of the United States District Court, U.S.

1  Courthouse, 501 I Street, Sacramento, CA.; and in order to secure the
2  presence of the defendant it is necessary that a Writ of Habeas Corpus
3  ad Prosequendum be issued commanding the United States Marshall's
4  Service,or the Sacramento County Sheriff, to produce the defendant in
5  court on said date, and at such other dates as may be necessary in
6  order to procure defendant's presence for other proceedings incident
7  thereto.

8      Wherefore, petitioner prays for an order directing the issuance of
9  a Writ of Habeas Corpus ad Prosequendum out of and under the seal of
10 this Court, directed to the Sheriff of Sacramento County, commanding
11 him to have and produce or cause to be produced the above named
12 defendant in the United States District Court at said time, and then
13 and there to present the defendant before the Court and from day to day
14 thereafter as may be necessary, and at the termination of the
15 proceedings against the defendant to return defendant to the custody of
16 the Sheriff of Sacramento County.

18 Dated: December 18, 2006        /S/ Dina L. Santos
                                          DINA L. SANTOS
19                                         Attorney for Defendant
                                        Alejandro Matthew Fragoso

**O R D E R**

The application for writ of habeas ad prosequendum is hereby GRANTED. The clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

By the Court,

Dated: December 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 02-CRS-189 WBS |
| ) | |
| Plaintiff,       ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| v.                     ) | PROSEQUENDUM |
| ) | |
| ALEJANDRO MATTHEW FRAGOSO   ) | |
| Defendant.      ) | |
| ) | |
| _____ ) | |
| ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of the Sacramento County Jail and to any United States Marshal:

### GREETINGS

WE COMMAND that you produce and deliver the person known a ALEJANDRO MATTHEW FRAGOSO, now in your custody, before the Honorable William B. Shubb, Senior United States District Judge, U.S. Courthous, 501 I Street, 14th Floor, Sacramento, California, on December 20, 2006, at the hour of 9:00 a.m., in order that said defendant in the above entitled case may be present during hearing of his case, and also at such other times and for such other purposes as may be ordered by said court, and have you then and there this Writ.

The delivery of the defendant to the custody of the United States Marshal, or to the courtroom of the United States District Court, as aforesaid, and then returned by you of said defendant to your custody, shall be deemed sufficient compliance with the Writ.

Witness the Honorable William B. Shubb, Senior United States District Judge of the United States District Court for the Eastern

1 | District of California.

2

3 | DATED: December 18, 2006.        CLERK, UNITED STATES DISTRICT COURT
                                    Eastern District of California

4 |                                  By:_____
                                         Deputy Clerk