DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
ALEJANDRO MATHEW FRAGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S 02-189 WBS |
| Plaintiff, | |
| v. | REQUEST FOR APPOINTMENT OF COUNSEL; [~~lodged~~] ORDER |
| ALEJANDRO MATHEW FRAGOSO, | |
| Defendant. | |

Pursuant to 18 U.S.C. §§ 3006A(c), Defendant, ALEJANDRO MATHEW FRAGOSO, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender Jeffrey L. Staniels as counsel to represent him with respect to his pro se motion to vacate sentence pursuant to 28 U.S.C. § 2255, filed November 19, 2008. Mr. Staniels is familiar with the case and is willing to accept the appointment.

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might involve complex legal issues. Because Mr. Fragoso's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

///

///

Accordingly, Mr. Fragoso requests the Court issue the order lodged herewith.

Dated: November 19, 2008

                                                    Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                   Federal Defender

                                                   /s/ *Jeffrey L. Staniels*
                                                   JEFFREY L. STANIELS
                                                   Assistant Federal Defender

                                                   Seeking Appointment as Attorney for Defendant
                                                   ALEJANDRO MATHEW FRAGOSO

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal Defender Jeffrey L. Staniels is hereby appointed to represent defendant with respect to his motion to vacate sentence.

IT IS SO ORDERED.

Dated: November 20, 2008

                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE