DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
ALEJANDRO MATHEW FRAGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S 02-189 WBS |
| Plaintiff, ) | |
| ) | REQUEST FOR STATUS CONFERENCE; |
| v. ) | [lodged] ORDER |
| ) | |
| ALEJANDRO MATHEW FRAGOSO, ) | Date:  Monday, November 24, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Courtroom: 5 |
| _____ ) | |

Defendant, ALEJANDRO MATHEW FRAGOSO, by and through Assistant Federal Defender Jeffrey L. Staniels, who is seeking appoint as counsel to represent Mr. Fragoso, hereby requests the court schedule a status conference on the pro se motion to vacate sentence pursuant to 28 U.S.C. § 2255 filed on November 19, 2008.

On December 20, 2006, Mr. Fragoso was sentenced by the Honorable Frank C. Damrell, Jr. to a term of 24 months imprisonment following the revocation of his supervised release. The Section 2255 motion alleges that Mr. Fragoso was told by his attorney that when he was to be sentenced in state court, the state sentence would run concurrently with the sentence already imposed by this Court. The motion also asserts that counsel was ineffective because she did not ascertain whether Mr. Fragoso was in primary federal custody.

Mr. Fragoso is currently in custody at the Sacramento County Jail awaiting transportation to a

federal facility, and he requests this status conference on an expedited basis so that he can be present with appointed counsel.

Dated:  November 19, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                               /s/ *Jeffrey L. Staniels*
                              JEFFREY L. STANIELS
                              Assistant Federal Defender

                              Seeking Appointment as Attorney for Defendant
                              ALEJANDRO MATHEW FRAGOSO

## **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the above-entitled matter is set for status conference on Monday, November 24, 2008, at 8:30 A.M., in Courtroom 5 before Hon. William B. Shubb.

IT IS SO ORDERED.

Dated:  November 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE