```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO MATHEW FRAGOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 2:02-cr-189 WBS |
|                  Plaintiff,          ) | [PROPOSED] ORDER RE: CUSTODY STATUS OF ALEJANDRO MATHEW FRAGOSO |
|           v.                         ) | |
|                                      ) | Judge:    Hon. William B. Shubb (In Chambers) |
| ALEJANDRO MATHEW FRAGOSO,            ) | |
|                  Defendant.          ) | |
| _____ ) | |

**WHEREAS,** the above named defendant is currently being held in federal custody at the Sacramento County Main jail pending transfer to the designated institution for service of the sentence previously imposed in the above case; and

**WHEREAS**, proceedings pertaining to a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 are currently pending before this court, and the matter is scheduled for a status conference on January 5, 2009;

**THEREFORE** the U.S. Marshal of this District is ordered to retain Mr. Fragoso in local custody so that he may appear in court in

connection with the just mentioned proceedings until further order of this court.

**IT IS SO ORDERED.**

By the court,

December 19, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE