```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6

 7  Attorney for Defendant
    ALEJANDRO MATHEW FRAGOSO
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:02-cr-0189 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| ALEJANDRO MATHEW FRAGOSO, | ) | |
| | ) | Date: January 5, 2009 |
| Petitioner-Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Benjamin Wagner, acting for Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Petitioner, that the status conference regarding the pending petition to vacate sentence pursuant to 28 U.S.C. § 2255, scheduled for January 5, 2009, be vacated and the case continued until January 12, 2008, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel to complete a memorandum on the issues in the case and submit supporting declarations

1 | from previous counsel and from the petitioner-defendant.
2 | **IT IS SO STIPULATED.**
3 |
4 | Dated: December 31, 2008                /S/ William S. Wong
5 |                                         WILLIAM S. WONG
  |                                         Assistant U.S. Attorney
  |                                         Counsel for Plaintiff
6 |
7 | Dated: December 31, 2008                /S/ Jeffrey L. Staniels
  |                                         JEFFREY L. STANIELS
8 |                                         Assistant Federal Defender
  |                                         Attorney for Defendant
9 |                                         ALEJANDRO MATHEW FRAGOSO

**O R D E R**

The requested continuance of one week to January 12, 2009, is hereby granted for the reasons stated in the above stipulation of counsel. The United States Marshal is ordered to retain Mr. Fragoso in local custody and to produce him at the January 12, 2009, hearing.

**IT IS SO ORDERED.**

By the Court,

Dated:  December 31, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE