```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-02-189-WBS |
| Plaintiff, | |
| v. | STIPULATION AND (~~PROPOSED~~) ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| ALEJANDRO MATHEW FRAGOSO, | |
| Defendant. | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Alejandro Mathew Fragoso, through his counsel, Jeffrey L. Staniels, Assistant Federal Defender, stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's pending petition to vacate sentence pursuant to 28 U.S.C. § 2255 currently set for March 30, 2009, at 8:30 a.m.:

    1.    Government's response shall be filed no later than April 21, 2009;

    2.    Defendant's reply, if any, shall be filed no later than April 27, 2009; and

3. Hearing on the motion set for May 4, 2009,
at 8:30 a.m.

Counsel for the government needs additional time to research and prepare its response. Accordingly, the parties stipulate to the revised law and motion schedule.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 19, 2009  By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: March 19, 2009  By: /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Attorney for Defendant

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.

DATED: March 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE